UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case
No.:   2:14–cv–03877–MMM–AGR                                  Date:   8/29/2014
Title:   UNITED STATES OF AMERICA V. $30,270.00 IN U.S. CURRENCY ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:
None Appearing                                  None Appearing

Proceedings:        **(In Chambers) Order to Show Cause re Dismissal re Lack of
                    Prosecution**

        Absent a showing of good cause, an action must be dismissed without prejudice
if the summons and complaint are not served on a defendant within 120 days after the
complaint is filed.  Fed.R.Civ.Proc. 4(m).  Generally, defendants must answer the
complaint within 20 days after service (60 days if the defendant is the United States).
Fed.R.Civ.Proc. 12(a)(1).

        In the present case, it appears that one or more of these time periods has not been
met.  Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in
writing on or before **September 8, 2014** , why this action should not be dismissed
for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure,
the court finds that this matter is appropriate for submission without oral argument.
The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

        If plaintiff/defendant files:

        Proof(s) of service of summons and complaint on the following defendant(s):


        An answer by the following defendant(s):
        **All Defendants or**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  2:14–cv–03877–MMM–AGR                              Date:  August 29, 2014
Title:  UNITED STATES OF AMERICA V. $30,270.00 IN U.S. CURRENCY ET AL

Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure:
**All Defendants**

Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure:


on or before the date indicated above, the court will consider this a satisfactory response to the Order to Show Cause.

Initials of Deputy Clerk:  ah