JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$30,270.00 in U.S. CURRENCY; ONE 2003 GMC G2500 VAN; and $5,670.00 in U.S. CURRENCY,<br><br>    Defendants. | CASE NO. CV 14-03877 MMM (AGRx)<br><br>JUDGMENT FOR PLAINTIFF |

On January 5, 2015, the court granted in part the United States of America's motion for entry of default judgment. On May 28, 2015, the court granted the United States of America's amended motion for entry of default judgment. Accordingly,

IT IS ORDERED AND ADJUDGED that

    1. The defendant property is forfeited to the United States; and

    2. The action is hereby dismissed.

DATED: May 28, 2015

                                                         *Margaret M. Morrow*
                                                     MARGARET M. MORROW
                                                   UNITED STATES DISTRICT JUDGE